Dennis LANE, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 34115.

Missouri Court of Appeals,
Western District.

March 1, 1983.

Jeff Mittelhauser, Asst. Public Defender, Sedalia, for movant-appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal of judgment denying post-conviction relief sought pursuant to a Rule 27.26 motion.

The Honorable Kenton G. Askren, Associate Circuit Judge was assigned this cause as special judge by the Honorable Donald Barnes, Presiding Judge, 18th Judicial Circuit.

Judgment affirmed. Rule 84.16(b).

Margaret L. LOPICCOLO, et al.,
Plaintiffs-Appellants,

v.

R. ROESLER, et al.,
Defendants-Respondents.

No. 44891.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 1, 1983.

Stephen J. Nangle, Clayton, for plaintiffs-appellants.

Gordon F. Webb, St. Louis, for defendants-respondents.

ORDER

PER CURIAM:

Appeal from judgment in an equity action in favor of defendants on both plaintiffs' petition and defendants' counterclaim.

Judgment affirmed. Rule 84.16(b).